O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD LOGAN, | ) | NO. SA CV 17-1532-JGB (KS) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| v. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Opposition to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

The Court concludes that the arguments presented in Petitioner's Objections do not affect or alter the analysis and conclusions set forth in the Report. However, in adopting the Report, the Court makes the following amendment:

(1) on page 27 of the Report, line 8, to delete the word "Accordingly,"

Having completed its review, the Court accepts the findings and recommendations set forth in the Report as amended. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 12, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE