JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD LOGAN, | ) | NO. SA CV 17-1532-JGB (KS) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 12, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE